JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

SEBASTIAN MENESES ACEVEDO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. EDCV 26-2556-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: August 25, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE